OPINION — AG — **** MILITARY DEPARTMENT EMPLOYEES — STATE GROUP INSURANCE **** EMPLOYEES OF THE OKLAHOMA MILITARY DEPARTMENT ARE ELIGIBLE STATE EMPLOYEES UNDER THE STATE EMPLOYEES GROUP HEALTH ACT, 74 O.S. 1968 Supp., 1301-1314 [74-1301] — [74-1314]. CITE: 74 O.S. 1967 Supp., 1314 [74-1314], 74 O.S. 1967 Supp., 1301-1314 [74-1301] [74-1314], W. HOWARD O'BRYAN, JR.